UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MACHORRO, JR. and YOUNGA JUN MACHORRO, individually and as Guardians Ad Litem and Parents of Minor BENJAMIN HYO-IK MACHORRO,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ASIANA AIRLINES, INC.,<br><br>            Defendant. | Case No. CV13-03286 YGR<br><br>Related Case Nos.:<br>     13-cv-03489-YGR<br>     13-cv-03684-YGR<br>     13-cv-03686-YGR<br>     13-cv-03687-YGR<br>     13-cv-03712-YGR<br>     13-cv-03881-YGR<br>     13-cv-03895-YGR<br>     13-cv-03896-YGR<br><br>[PROPOSED] **ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

On August 28, 2013, this Court issued a Related Case Order finding that the following cases are related pursuant to Local Rule 3-12:

1. *Hector Machorro, Jr., et al. v. Asiana Airlines, Inc.*, CV13-03286 YGR.

2. *Zhengheng Xie, et al. v. Asiana Airlines, Inc.,* CV13-03489 YGR.

3. *Liman Qian, et al. v. Asiana Airlines, Inc., et al.,* CV13-03684 YGR.

4. *Kazuhisha Yanagihara, et al. v. Asiana Airlines, et al.,* CV13-03686 YGR.

5. *Sun Hong Andrighetto, et al. v. Asiana Airlines, Inc., et al.,* CV13-

3687 YGR.

6. *Soon Hee Chung, et al. v. Asiana Airlines, et al.,* CV13-03712 YGR.

7. *Huiling Chen, et al. v. Asiana Airlines, et al.,* CV 13-03881 YGR.

8. *Amanda McLean v. Asiana Airlines, Inc., et. al.*, CV13-03895-YGR

9. *Ryan Boesch v. Asiana Airlines, Inc., et. al.*, CV13-03896-YGR.

Having reviewed and considered the Administrative Motion to Consider Whether Cases Should be Related filed by defendant Asiana Airlines and the Stipulation submitted with the motion, the Court finds that the following cases are related to the above cases and should be reassigned to the Honorable Yvonne Gonzalez Rogers, United States District Judge:

1. *Zhang Xiao Ping, et al. v. Asiana Airlines, Inc., et al.*, CV13-04546 SBA;

2. *Zhijian Qiao, et al. v. Asiana Airlines, Inc., et al.*, CV13-04903 KAW.

3. *Se Yong Lee, et al. v. Asiana Airlines, Inc., et al.*, CV13-04905 MEJ.

4. *Jang Hyung Lee, et al. v. Asiana Airlines, Inc, et al.*, CV13-04907 MEJ.

This Order terminates Dkt. Nos. 30 and 31.

**IT IS SO ORDERED**.

Date: November 1, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge