UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL No. 2497 |
| AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | |
| ZHANG XIAO PING and YANG CANG HAI, | This Document Relates to: Case No. CV13-04546 YGR |
| Plaintiffs, | **[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| ASIANA AIRLINES, INC., a corporation; THE BOEING COMPANY, a corporation; and AIR CRUISERS D/B/A ZODIAC AEROSPACE, a corporation, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Case No. CV13-04546 YGR, an individual plaintiffs' case which is part of MDL Case No. 2497, is hereby dismissed with prejudice.

Date: _July 13, 2015_   _____

Honorable Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE
CASE NO.: CV13-04546 YGR                                          LAOFFICE 119067V.1